# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC,<br><br>Debtor. | Chapter 11 Proceeding<br><br>No. 2:13-bk-20029<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS UNDER 11 U.S.C. §§ 105, 345 AND 363 AUTHORIZING MAINTENANCE AND USE OF DEBTOR'S EXISTING BANK ACCOUNTS, CASH MANAGEMENT SYSTEM, AND BUSINESS FORMS** |

This matter comes before the Court pursuant to the *Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 345, 363 Authorizing Maintenance and Use of Debtor's Existing Bank Accounts, Cash Management System, and Business Forms* (the "**Motion**") filed by Surgical Specialty Hospital of Arizona, LLC, debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"). The Court having considered the Motion finds and concludes that the Court has jurisdiction to consider the matter; that the relief requested by the Debtor is appropriate and in the best business judgment and interest of the Debtor, its estates, and creditors; that due and proper notice of the Motion has been given; and sufficient cause appears to grant the relief requested in the Motion. Based on the foregoing and good cause appearing therefor,

IT IS HEREBY ORDERED:

A. The Motion is GRANTED;

B. The Debtor is authorizing to maintain and use its existing bank accounts, cash management system and business forms on an interim basis; and

C. A final hearing on the Motion will be held before this Court on _____, **2013** at _____ __.**m. the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona, ____ Floor, Courtroom No.____**.

**SIGNED AND DATED ABOVE.**